■ GREGORY T. WHALEN, Appellant, v HERBERT REISMAN, et al., Respondents. [748 NYS2d 281] —In an action, inter alia, for specific performance of a collective bargaining agreement, the plaintiff appeals from a judgment of the Supreme Court, Rockland County (O'Rourke, J.), entered November 8, 2001, which, upon a stipulated statement of facts in lieu of trial, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

Town Law § 65 (3) provides that no action upon or arising from a contract may be brought against a town, unless a written verified notice of claim is filed with the town within six months after accrual of the cause of action. The appellant's failure to file a notice of claim thus compels dismissal of this action (*see Davis-Wallbridge, Inc. v City of Syracuse,* 71 NY2d 842; *Matrisciano v Board of Educ. of City School Dist. of Long Beach,* 263 AD2d 472; *Matter of Stevens v Board of Educ. of McGraw Cent. School Dist.,* 261 AD2d 698).

In light of our determination, we need not reach the parties' remaining contentions. Altman, J.P., Smith, H. Miller and Adams, JJ., concur.